IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEFON M. GEORGE,

    Petitioner,

v.                                     Civil Action No. 3:09CV693

MAJOR KRIEBEL,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on December 8, 2009, the Court conditionally docketed George's petition for a writ of habeas corpus. At that time the Court warned Petitioner that the action would be dismissed if he failed to keep the Court apprised of his current address. On January 29, 2010, the Memorandum Order entered on January 7, 2010, was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "Inmate Released." Petitioner's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Petitioner.

It is so ORDERED.

                                        /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March 29, 2010